AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 01, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ANTHONY M. MESSNER | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| MELISSA ANDREWJESKI, superintendent C.R.C.C. | |
| *Defendant* | |

Civil Action No.   2:23-CV-00245-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Petitioner's Writ of Habeas Corpus, ECF No. 1, is DENIED.
Judgment in favor of Respondent.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge    Stanley A. Bastian

Date:   11/1/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham